**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 18-6666**

ANTHONY QUENTIN KELLY,

            Plaintiff - Appellant,

      v.

CORRECTIONAL OFFICER MATHEW G. BAKER; SERGEANT
WILLIAM L. THOMAS; WARDEN FRANK B. BISHOP, JR.; STATE OF
MARYLAND,

            Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Richard D. Bennett, District Judge.  (1:17-cv-01433-RDB)

Submitted:  October 25, 2018                          Decided:  November 1, 2018

Before GREGORY, Chief Judge, MOTZ, Circuit Judge, and TRAXLER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Anthony Quentin Kelly, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Quentin Kelly appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Kelly v. Baker*, No. 1:17-cv-01433-RDB (D. Md. May 15 & 29, 2018).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*